# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JIN MYUNG, *et al.*,

    Plaintiffs,

v.

COLONIAL VAN LINES INC., *et al.*,

    Defendants.

Case No. 2:24-cv-02182-CDS-NJK

**Order**

[Docket No. 8]

    Pending before the Court is Defendant Colonial Van Lines Inc.'s motion to substitute attorney, Docket No. 8, which is **GRANTED**.

    IT IS SO ORDERED.

    Dated: December 5, 2024

_____
Nancy J. Koppe
United States Magistrate Judge