Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Dr.
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 fax
ryan@hamlegal.com

*Attorney for Plaintiff,*
*Jin Myung and Derek Kinoshita*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIN MYUNG, an individual; DEREK KINOSHITA, an individual;<br><br>Plaintiffs<br><br>vs.<br><br>RESPECT, LLC, a Nevada limited liability company; COLONIAL VAN LINES d/b/a MOVING VAN LINES, a foreign corporation;<br><br>Defendants | Case No.: 2:24-cv-02182-CDS-NJK<br><br>**ORDER APPROVING STIPULATION TO EXTEND THE TIME FOR PLAINTIFFS' RESPONSE TO COLONIAL VAN LINES' MOTION TO DISMISS**<br><br>[ECF No. 12] |

Based on the stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That on or about November 21, 2024, Defendant CVL removed this case from the Eighth Judicial District of Clark citing federal question

under the Carmack Amendment, 49 U.S.C. § 14706, as the basis for subject matter jurisdiction;

    2. Defendant CVL also filed a 12(b)(6) motion to dismiss Plaintiffs' Complaint that same day. Plaintiffs' response to CVL's motion to dismiss is due December 5, 2024;

    3.    Counsel for Plaintiff has not had the opportunity to prepare a response to the motion to dismiss or a proposed amended complaint due to the most recent Thanksgiving holiday and travel;

    4.    Counsel for the parties conferred via phone call earlier today and discussed the possibility of stipulating to Plaintiffs amending their complaint to address the concerns raised in the motion to dismiss;

    5.    Counsel for Defendant Respect, LLC, accepted service of process on behalf of his client on October 1, 2024. To date, Respect, LLC has not responded to Plaintiffs' Complaint.

6. Counsel for CVL agreed to stipulate to allow Plaintiffs ten additional days to respond to CVL's motion to dismiss, to and including December 16, 2024. On or before that date, Plaintiffs will either file a response to CVL's motion to dismiss or request leave (via motion or stipulation) to file an amended complaint.

DATED this 4th day of December 2024.

/s/Ryan A. Hamilton
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Drive
Las Vegas, NV 89113
Ryan@HamLegal.com

*Attorney for Plaintiffs,
Jin Myung and Derek Kinoshita*

DATED this 4th day of December 2024.

/s/Michael C. Mills
Michael C. Mills, Esq.
**BAUMAN LOEWE WITT & MAXWELL, PLLC**
7251 W. Lake Mead Blvd., Suite 359
Las Vegas, NV 89128
mmills@blwmlawfirm.com

*Attorney for Defendant,
Colonial Van Lines d/b/a Moving Van Lines*

## ORDER

IT IS HEREBY ORDERED that plaintiffs Jin Myung and Derek Kinoshita's response to defendant CVL's motion to dismiss is extended to and including, December 16, 2024.

Dated: December 6, 2024

_____
UNITED STATES DISTRICT JUDGE