# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIN MYUNG and DEREK KINOSHITA,<br><br>              Plaintiffs<br><br>vs.<br><br>COLONIAL VAN LINES d/b/a MOVING VAN LINES, et al.,<br><br>              Defendants | Case No.: 2:24-cv-02182-CDS-NJK<br><br>**ORDER APPROVING STIPULATION FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>[ECF No. 17] |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That on or about November 21, 2024, defendant Colonial Van Lines (CVL) removed this case from the Eighth Judicial District Court citing federal

question under the Carmack Amendment, 49 U.S.C. § 14706, as the basis for subject matter jurisdiction;

2. CVL also filed a 12(b)(6) motion to dismiss plaintiffs' complaint that same day. Plaintiffs' response to CVL's motion to dismiss was due December 5, 2024. The parties stipulated to allow plaintiffs additional time, to and including December 16, 2024, to file an amended complaint or an opposition to CVL's motion to dismiss.

3. Counsel for the parties conferred today by telephone and counsel for CVL agreed that plaintiffs may seek leave to amend via stipulation instead of by motion.

## ORDER

IT IS HEREBY ORDERED that the parties' stipulation [ECF No. 17] is approved. The Clerk of Court is directed to detach and file the first amended complaint (ECF No. 17-1).

IT IS FURTHER ORDERED that Colonial Van Lines's motion to dismiss [ECF No. 2] is denied as moot.

Dated: December 18, 2024

_____
UNITED STATES DISTRICT JUDGE