Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
**HAMILTON LAW**
5125 S. Durango Dr.
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 fax
ryan@hamlegal.com

*Attorney for Plaintiff,*
*Jin Myung and Derek Kinoshita*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIN MYUNG, an individual; DEREK KINOSHITA, an individual;<br><br>Plaintiffs<br><br>v.<br><br>RESPECT, LLC, a Nevada limited liability company; COLONIAL VAN LINES d/b/a MOVING VAN LINES, a foreign corporation;<br><br>Defendants | Case No.: 2:24-cv-02182-CDS-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS TO DEFENDANT COLONIAL VAN LINES' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 32] |

Plaintiff JIN MYUNG and Plaintiff DEREK KINOSHITA (collectively "Plaintiffs"), by and through their counsel RYAN A. HAMILTON, ESQ., of HAMILTON LAW, and Defendant COLONIAL VAN LINES (hereafter "CVL"), by and through its counsel CRAIG D. SLATER, ESQ., of LUH & ASSOCIATES, stipulate and agree to extend the current deadline of June 30, 2025, for

Plaintiffs to file their oppositions to Defendant CVL's Motion for Partial Summary Judgment (ECF No. 30) and Motion for Summary Judgment (ECF No. 31), by four days to and including, July 4, 2025.

1. On June 9, 2025, Defendant CVL filed a Motion for Partial Summary Judgment (ECF No. 30).

2. On June 9, 2025, Defendant CVL filed a Motion for Summary Judgment.

3. Federal Rules of Civil Procedures 6(b) and Local Rule IA 6-1 impose a good cause standard to extend the deadline file an Opposition. "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

4. Good cause exists to extend the deadline for Plaintiffs to file their Opposition by four days as counsel for Plaintiffs has been locked into trial for the last two weeks and trial is continuing into next week. In addition, counsel for Plaintiffs has a Ninth Circuit deadline that will not allow for further extensions.

5. Neither party will suffer any prejudice from an extension of time.

DATED this 20th day of June 2025.  DATED this 20th day of June 2025.

*/s/Ryan A. Hamilton*  */s/Craig D. Slater*
Ryan A. Hamilton, Esq.  Craig D. Slater, Esq.
Nevada Bar No. 11587  Nevada Bar No. 8667
**HAMILTON LAW**  **LUH & ASSOCIATES**
5125 S. Durango Dr.  8987 W. Flamingo Rd., Suite 100
Las Vegas, NV 89113  Las Vegas, NV 89147
(702) 818-1818  (702) 367-8899
(702) 974-1139 (fax)  (702) 384-8899 (fax)
ryan@hamlegal.com  cluh@luhlaw.com

*Attorney for Plaintiff,*  *Attorneys for Defendant,*
*Jin Myung and Derek Kinoshita*  *Colonial Van Lines*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2025

3