UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jin Myung and Derek Kinoshita, | Case No. 2:24-cv-02182-CDS-NJK |
| Plaintiffs | **Order Setting Status Conference** |
| v. | |
| Colonial Van Lines d/b/a Moving Van Lines, et al., | |
| Defendants | |

Plaintiffs Jim Myung and Derek Kinoshita move for default judgment against defendant Respect, LLC. Default j. mot., ECF No. 29. After reviewing the plaintiffs' motion and the procedural history of this case, it is ordered that the plaintiffs must appear for a status conference on November 4, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: October 17, 2025

_____
Cristina D. Silva
United States District Judge