UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jin Myung, et al., | Case No. 2:24-cv-02182-CDS-NJK |
| Plaintiffs | **Order Directing Parties to File a Proposed Joint Pretrial Order** |
| v. | |
| Colonial Van Lines Inc., et al., | |
| Defendants | |

On February 6, 2026, I denied defendant Colonial Van Lines' motion for partial summary judgment related to the Carmack Amendment and denied its second summary judgment related to liability. Order, ECF No. 55. Accordingly, the parties had thirty days—until March 12, 2026—to file their proposed joint pretrial order.[1] LR 26-1(b)(5) ("If dispositive motions are filed, the deadline for filing the joint pretrial order [is] suspended until 30 days after decision on the dispositive motions").

It is therefore ordered that the parties must meet and confer then prepare and file a proposed joint pretrial order consistent with Local Rules 16-3 and 16-4 by April 6, 2026.

Dated: March 13, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] Although the motions were decided on February 6, 2026, the order was not entered until February 10, 2026. *See* docket at ECF No. 55.